IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 1:19MJ *199* |
| ) | CLASS A MISDEMEANOR |
| v. ) | Initial Appearance: April 30, 2019 |
| ) | |
| CHRISTOPHER S. WITT, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION
(Count 1 – CLASS A MISDEMEANOR)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 15, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, CHRISTOPHER S. WITT, did unlawfully and forcibly assault, resist, oppose, impede, intimidate or interfere with a law enforcement officer while engaged in the performance of official duties, such conduct constituting simple assault.

(Violation of Title 18, United States Code, Section 111(a)(1)).

(Count 2 - Class B Petty-7881451)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about April 15, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, CHRISTOPHER S. WITT, did unlawfully engage in fighting or threatening, or in violent behavior.

(Violation of Title 36, Code of Federal Regulations, Section 2.34(a)(1)).

(Count 3 - Class B Petty-7881452)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about April 15, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, CHRISTOPHER S. WITT, did unlawfully and recklessly create a risk of public alarm or nuisance or jeopardy or violence by use of language, an utterance, gesture, or engage in a display or act that is physically threatening or menacing.

(Violation of Title 36, Code of Federal Regulations, Section 2.34(a)(2)).

(Count 4 - Class B Petty-7881453)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about April 15, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, CHRISTOPHER S. WITT, did violate a lawful order of a government employee or agent authorized to maintain order and control public access and movement.

(Violation of Title 36 Code of Federal Regulations, Section 2.32(a)(2)).

(Count 5 - Class B Petty-7881454)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about April 15, 2019, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, CHRISTOPHER S. WITT, did unlawfully fail to maintain that degree of control of a motor vehicle necessary to avoid danger to person, property or wildlife.

(Violation of Title 36, Code of Federal Regulations, Section 4.22(b)(3)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *(signature)*

William Fitzpatrick
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 26th day of April, 2019.

William Fitzpatrick
Assistant United States Attorney